STATE v. QUICK

No. 275P99

Case below: 133 N.C.App. 192

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. RUDD

No. 421P99

Case below: 134 N.C.App. 500

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. SCOTT

No. 374P99

Case below: 134 N.C.App. 188

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. SEXTON

No. 499A91-4

Case below: Wake County Superior Court

Motion by Attorney General for temporary stay allowed 28 September 1999. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Wake County, allowed 28 September 1999. Petition by Attorney General for writ of supersedeas allowed 28 September 1999. Motion by defendant to reconsider petitions denied 7 October 1999.